No. 691. UNITED GAS PIPE LINE CO. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.;

No. 694. FEDERAL POWER COMMISSION *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.; and

No. 695. TEXAS GAS TRANSMISSION CORP. ET AL. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL. Motion in Nos. 691, 694 and 695 for leave to file brief of the Ohio Fuel Gas Co. et al., as *amici curiae,* denied. Motions in No. 694 for leave to file brief and reply brief of Natural Gas Pipeline Co. of America et al., as *amici curiae,* denied. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *Ralph M. Carson, Thomas Fletcher* and *C. Huffman Lewis* for petitioner in No. 691. *Solicitor General Rankin, Assistant Attorney General Doub,*

*Paul A. Sweeney, Bernard Cedarbaum* and *Willard W. Gatchell* for petitioner in No. 694. *John T. Cahill* for the Texas Gas Transmission Corporation, and *William S. Tarver* for the Southern Natural Gas Co., petitioners in No. 695. With them on the petition in No. 695 were *Richard J. Connor* and *Daniel James. Reuben Goldberg* for the Memphis Light, Gas and Water Division et al., respondents. *Roger Arnebergh, John C. Banks, Peter Campbell Brown, E. R. Christensen, J. Elliott Drinard, Marshall F. Hurley, J. Frank McKenna, John C. Melaniphy, Charles S. Rhyne* and *J. Parker Connor* filed a brief for the Member Municipalities of the National Institute of Municipal Law Officers, as *amici curiae,* in opposition to the petitions for writs of certiorari. Reported below: 102 U. S. App. D. C. 77, 250 F. 2d 402.